UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                               2:08-cr-164-FtM-29SPC

MARQUIS DISHON YOUNG
_____

**OPINION AND ORDER**

On February 18, 2011, United States Magistrate Judge Sheri Polster Chappell submitted a Report and Recommendation (Doc. #33) to the Court recommending that Defendant's Amended Motion to Suppress Identification Evidence and Evidence Seized as a Result of the Search Warrant (Doc. #25) be denied.  Defendant filed Objections to Report and Recommendation (Doc. #34) on March 2, 2011.

**I.**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  See also United States v. Farias-Gonzalez, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009).  This requires that the district

judge "give fresh consideration to those issues to which specific objection has been made by a party." <u>Jeffrey S. v. State Bd. of Educ. of Ga.</u>, 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994). A district court may not reject the credibility determinations of a magistrate judge without personally rehearing disputed testimony from the witness. <u>Powell</u>, 628 F.3d at 1256-58.

**II.**

Defendant argues that the identification procedure was unduly suggestive because it involved a single photograph and that the search warrant was insufficient because it was not based upon probable cause. After reviewing the Report and Recommendation, Objections and the transcript of the evidentiary hearing, as well as the underlying motion and response, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge. Accordingly, the Court will adopt the Report and Recommendation and will deny the amended motion to suppress.

Accordingly, it is now

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. #33) is **ACCEPTED AND ADOPTED,** and it is specifically incorporated into this Opinion and Order.

   2.   Defendant's Amended Motion to Suppress Identification Evidence and Evidence Seized as a Result of the Search Warrant (Doc. #25) is **DENIED**.

   **DONE AND ORDERED** at Fort Myers, Florida, this __7th__ day of March, 2011.

                                   _____
                                   JOHN E. STEELE
                                   United States District Judge

Copies:
U.S. Magistrate Judge
Counsel of Record
DCCD